[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 17, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-12138
Non-Argument Calendar

_____

D. C. Docket No. 05-00479-CR-JTC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIC LAMAR JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(December 17, 2008)**

Before ANDERSON, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Stuart M. Mones, retained counsel for Cedric Lamar Jackson in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's conviction and sentence are **AFFIRMED**.

Jackson's "Motion Seeking Enlargement of Time to File Supplemental/Amended Appellate Brief and Obtain New[] Appointment of Counsel" is **DENIED**.

Jackson's "Motion for Appointment of Counsel" is **DENIED AS MOOT**.

The government's "Motion to Dismiss Based on Waiver of Appeal" is **DENIED AS MOOT**.